842

No. 77–6684.  WELCH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–6685.  EVERS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6689.  YELARDY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–6692.  SANCHEZ v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–6694.  WILLIAMS v. UNITED STATES; and
No. 78–5027.  MCGRAY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 575 F. 2d 388.

No. 77–6696.  LEWIS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–6698.  IMBRUGLIA v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 77–6699.  LUDWIG v. WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 77–6704.  MONTGOMERY v. ESTELLE, CORRECTIONS DI-RECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 77–6710.  STRICKLAND v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 77–6711.  BRAGG v. MID-AMERICA FEDERAL SAVINGS & LOAN ASSN. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–6712.  BRIDGES v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 77–6718.  CARTER v. STETSON, SECRETARY OF THE AIR FORCE, ET AL.  C. A. D. C. Cir.  Certiorari denied.